JOHN POULLARD (#98999)

VERSUS

JOHN BEL EDWARDS, ET AL.

CIVIL ACTION

NO. 19-301-SDD-RLB

## ORDER

This matter comes before the Court on the plaintiff's Complaint (R. Doc. 1).

The *pro se* plaintiff, an inmate incarcerated at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against numerous defendants alleging that his constitutional rights were violated due to sexual harassment and the use of excessive force.

The statute applicable to the granting by federal courts of *in forma pauperis* status to inmates in civil proceedings makes clear that the plaintiff is not entitled to proceed as a pauper in this case. 28 U.S.C. § 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.[1]

A review of the records of this Court reflects that the plaintiff has, on three or more prior occasions while incarcerated, brought actions or appeals in the federal court that have been dismissed as frivolous, malicious, or for failure to state a claim.[2] Accordingly,

---

[1] The plaintiff has not alleged, and the Court does not find, that the plaintiff is under imminent danger of serious physical injury. The plaintiff's Complaint pertains to past events.

[2] Cases or appeals filed by the plaintiff which have been dismissed by the federal courts as frivolous or for failure to state a claim include, but are not limited to, *John Poullard v. Lonnie Edmond,* CV 92-270-CN (M.D. La.) (appeal dismissed as frivolous); *John Poullard v. David* Knapps, CV 93-1059-FJP-CN (M.D. La.); *John Poullard v. Sgt. John Swan*, CV 94-811-FJP-CN (M.D. La.); *John Poullard v. Andre Castaing*, CV 94-1725-FJP-CN (M.D. La.); *John Poullard v. William N. King*, CV 94-2337-FRH-ALC (E.D. La.); *John Poullard v. Edwin Edwards*, CV 94-2504-JVP-SCR (M.D. La.) (two strikes, district court and appeal dismissed as frivolous); and, *John Poullard v. James Daly*, CV 04-604-JJB (M.D. La.).

**IT IS ORDERED** that the plaintiff is granted twenty-one (21) days from the date of this Order within which to pay $400.00, the full amount of the Court's filing fee. The filing fee must be paid in full in a single payment. No partial payments will be accepted. Failure to pay the Court's filing fee within 21 days shall result in the dismissal of the plaintiff's action without further notice from the Court.

Signed in Baton Rouge, Louisiana, on June 20, 2019.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**