UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN POULLARD | CIVIL ACTION |
| VERSUS | |
| | 19-301-SDD-RLB |
| JOHN BEL EDWARDS, ET AL. | |

### RULING

The Court has carefully considered the *Motion to Dismiss*[1] filed by Phillip Maple and Peter Lollis, the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 30, 2020.

The Court hereby approves the Report and Recommendations of the Magistrate Judge and adopts them as the Court's opinion herein.

**ACCORDINGLY**, the *Motion*[3] is hereby denied and this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana on <u>May 21, 2020</u>.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 56.
[2] Rec. Doc. 119.
[3] Rec. Doc. 56.