UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN POULLARD

CIVIL ACTION

VERSUS

19-301-SDD-RLB

JOHN BEL EDWARDS, ET AL.

### RULING

The Court has carefully considered the *Motion for Summary Judgment*[1] filed by James Ashley, James Cruz, John Bel Edwards, Joseph Lamatiniere, James LeBlanc, Joseph McKneely, John Reed, Elmo Ross, Darrel Vannoy, and Antonio Whitaker and the *Objection*[2] and *Cross Motion for Partial Summary Judgment*[3] filed by John Poullard, the record, the law applicable to this action, and the *Report and Recommendations*[4] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 30, 2020.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts them as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion for Summary Judgment*[5] is hereby granted in part, and the Plaintiff's claims against Defendants Edwards, LeBlanc, Vannoy, Whitaker, Cruz and Lamartiniere are hereby dismissed with prejudice.

---

[1] Rec. Doc. 41.
[2] Rec. Doc. 122.
[3] Rec. Doc. 83.
[4] Rec. Doc. 118.
[5] Rec. Doc. 41.

**IT IS FURTHER ORDERED** that the Defendants' *Motion*[6] be denied in part, as moot, with regards to Defendant McKneely.

**IT IS FURTHER ORDERED** that all other relief requested in the *Motion*[7] is hereby denied, and Plaintiff's *Cross Motion for Partial Summary Judgment*[8] is hereby denied and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana on <u>May 21, 2020</u>.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[6] Rec. Doc. 41.
[7] Rec. Doc. 41.
[8] Rec. Doc. 83.