UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOHN POULLARD

VERSUS

JOHN BEL EDWARDS, ET AL.

CIVIL ACTION

19-301-SDD-RLB

## RULING

The Court has carefully considered the *Motion for Summary Judgment*[1] filed by James Ashley, James Cruz, John Bel Edwards, Joseph Lamatiniere, James LeBlanc, Joseph McKneely, John Reed, Elmo Ross, Darrel Vannoy, and Antonio Whitaker, the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 30, 2020.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts them as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion for Summary Judgment*[3] is hereby granted in part, and the Plaintiff's claims against Defendant, Joseph McKneely, are hereby dismissed without prejudice pursuant to Heck v. Humphrey, 512 U.S. 477 (1994).

**IT IS FURTHER ORDERED** that in all other regards the Motion (Rec. Doc. 16) is hereby denied, and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana on <u>July 31, 2020</u>.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 16.
[2] Rec. Doc. 117.
[3] Rec. Doc. 16.