UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| POULLARD | |
| | CIVIL ACTION |
| VERSUS | |
| | 19-301-SDD-RLB |
| EDWARDS, ET AL. | |

### RULING

The Court has carefully considered the *Motion*[1] filed by the Plaintiff, the record, the law applicable to this action, and the *Order*[2] of United States Magistrate Judge Richard, L. Bourgeois, dated August 4, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby affirms the *Order* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Reconsideration*[4] is hereby DENIED.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on <u>August 19, 2020</u>.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 140.
[2] Rec. Doc. 176.
[3] Rec. Doc. 178.
[4] Rec. Doc. 140.